**STATE ex rel. MOTHERSEAD, Bank Com'r, v. PARRISH.**

No. 16717—Opinion Filed May 4, 1926.

Appeal from District Court, Cotton County; A. S. Wells, Judge.

Action between the State on the relation of O. B. Mothersead, Bank Commissioner, and J. M. Parrish. From the judgment, the former appeals. Reversed and remanded.

Madden & Hubbell, for plaintiff in error.

Marion J. Northcutt, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.